**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **ELIHUE DONALDSON,** | : | |
| | : | |
| **Plaintiff,** | : | **CASE NO:** |
| v. | : | **7:25-cv-144–WLS** |
| | : | |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

On December 17, 2025, the Court issued an Order (Doc. 12) which, in part, ordered Plaintiff's Counsel, Ms. Brown, Ms. Backer, Mr. Mirabella, and Mr. Andrews, to show cause why the Court should not issue sanctions for failure to appear at the Scheduling and Discovery Conference held on December 16, 2025.

Ms. Brown filed a Response (Doc. 14) in which she states she did not willfully disobey this Court's order, but, instead, did not attend due to a mistake. She also states that Ms. Baker and Mr. Mirabella are no longer employed with the firm. Expecting Counsel to take, if not having already taken, steps to cure the calendaring issue, the Court accepts Counsel's response and finds that sanctions are neither necessary nor appropriate.

**SO ORDERED**, this 2nd day of January 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**